AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1028(a)(4) - Possession of an Identification Document with Intent to Defraud the United States (Class A Misdemeanor).

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:
Maximum jail term of one year
Maximum fine of $100,000
Maximum supervised release term of one year
Mandatory special assessment of $25

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

FILED JUL 16 AM 11:05

**DEFENDANT - U.S**

▶ ENRIQUE URRUTIA, a/k/a ANGEL LUIS GUZMAN VASQUEZ

DISTRICT COURT NUMBER

CR 08 - 0466

MAG

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Diplomatic Security Service, Department of State

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 3-08-70369 BZ

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   WENDY THOMAS

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                        SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,         )   No. CR 08 0466
13                                   )
        Plaintiff,                   )
14                                   )   VIOLATION: Title 18, United States Code,
        v.                           )   Section 1028(a)(4) – Possession of an
15                                   )   Identification Document with the Intent to
   ENRIQUE URRUTIA,                  )   Defraud the United States (Class A
16 a/k/a Angel Luis Guzman Vazquez,  )   Misdemeanor)
                                     )
17      Defendant.                   )   SAN FRANCISCO VENUE
                                     )
18 _____

19                              I N F O R M A T I O N

20 The United States Attorney charges:

21 COUNT ONE:   18 U.S.C. § 1028(a)(4) - Possession of an Identification Document with the
                Intent to Defraud the United States
22
   On or about July 22, 2004, in the Northern District of California, the defendant,
23
                              ENRIQUE URRUTIA,
24                     a/k/a Angel Luis Guzman Vazquez,

25 knowingly possessed an identification document, that was not issued lawfully for the defendant's

26 use, to wit: a California Identification Card (No. D6349962) bearing the name Angel Luis

27 //

28 //


   INFORMATION

1  Guzman Vazquez, with the intent that such document be used to defraud the United States, in
2  violation of Title 18, United States Code, Section 1028(a)(4), a Class A Misdemeanor.
3
4  DATED: June 26, 2008                    JOSEPH P. RUSSONIELLO
                                            United States Attorney
5
6
7                                           KYLE F. WALDINGER
                                            Deputy Chief, Major Crimes Section
8
9
10 (Approved as to form: _____)
                        WENDY THOMAS
11                      Special Assistant United States Attorney
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION